IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DOUGLAS EUGENE MILES                    §

VS.                                     §                    CIVIL ACTION NO. 1:25cv491

SHERIFF, JEFFERSON COUNTY               §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Douglas Eugene Miles, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends denying petitioner's motion to show cause and motion for injunctive relief.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to petitioner at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is ADOPTED. It is

ORDERED that petitioner's motion to show cause and motion for injunctive relief [Dkt. 6] is DENIED.

**SIGNED this 8th day of July, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge